# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Penny Drake-Tyner, et al., | Case No.: 2:19-cv-627-APG-DJA |
| Plaintiffs, | **ORDER DISMISSING DEFENDANT NICOLAS L. HATCHER** |
| v. | [ECF No. 16] |
| Nicolas L. Hatcher, et al., | |
| Defendants. | |

On September 5, 2019, the plaintiffs were advised by the court (ECF No. 16) that this action would be dismissed without prejudice as to defendant Nicolas Hatcher unless on or before October 5, 2019, the plaintiffs filed proper proof of service or showed good cause why service was not made. The plaintiffs have failed to file proof of service nor shown good cause. Nor have they shown cause why this action should not be dismissed as to Mr. Hatcher for failure to effect timely service pursuant to FRCP 4(m).

IT IS HEREBY ORDERED that this action is **DISMISSED without prejudice** as to Defendant Nicolas L. Hatcher.

Dated: October 9, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE