**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.,
Nevada Bar No. 11361
tclark@rlattorneys.com
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*GEISER BROS. DESIGN & DEVELOPMENT, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PENNY DRAKE-TYNER; MICHAEL HANSEN, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS L. HATCHER: GEISER BROS. DESIGN & DEVELOPMENT, INC., and DOES I through V, ROE CORPORATIONS, I through V, inclusive. <br><br> Defendants. | CASE NO.: 2:19-cv-00627-APG-CWH <br><br> **THE PARTIES' STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Penny Drake-Tyner and Michael Hansen, through their attorney of record, Kay S. Lane, Esq. of Law Office of Lane S. Kay, and Defendant Geiser Bros. Design & Development, Inc. by and through its attorney of record, Troy A. Clark, Esq., of Resnick and Louis P.C., that this matter be dismissed with prejudice with each party to bear their own costs and attorney's fees.

There is no trial date currently set.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 16, 2019.

1

| DATED this 15th of October, 2019 | DATED this 16 of October, 2019 |
|---|---|
| Law Office of Lane S. Kay | RESNICK & LOUIS, P.C. |
| *[signature]* | *[signature]* |
| Lane S. Kay, Esq.<br>Nevada Bar No. 5031<br>819 S. 6th Street<br>Las Vegas, NV 89101<br>Attorney for Plaintiffs | TROY A. CLARK, ESQ.<br>Nevada Bar No. 11361<br>8925 West Russell Rd., Suite 220<br>Las Vegas, NV 89148<br>Attorneys for Defendant<br>GEISER BROS. DESIGN &<br>DEVELOPMENT, INC. |